## NO: 15-00125-422-F

THE STATE OF TEXAS

VS.

WILLIAM SIMONS

IN THE 422ND DISTRICT COURT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/21/2015 11:46:15 AM
LISA MATZ
Clerk

KAUFMAN CO., TEXAS

### CERTIFICATE TO BE FILED WITH NOTICE OF
### APPEAL IN COURT OF APPEALS

The records of my office show:

(1) WRITTEN Notice of Appeal was given on the 20TH day of May ,2015.

**NOTE: ATTACH COPY OF NOTICE OF APPEAL TO THIS FORM.**

(2) The defendant named above was convicted in this Court of the offense of:

**MURDER**

(3) The date the sentence was imposed or imposition of sentence was suspended or other order appealed from was the 20TH day of MAY , 2015.

(4) The Honorable B. Michael Chitty presided at the trial.

(5) The State is represented on appeal by: ERLEIGH NORVILE WILEY
  Address: 100 WEST MULBERRY, KAUFMAN, TEXAS 75142
  State Bar No. 15113280  Telephone Number: 972-932-4331 EXT. 1260

(6) The Defendant is represented on appeal by: Taryn Davis
  Address: 109 N. Jackson St., Kaufman, Texas 75142
State Bar No.00792449  Telephone Number: 972-962-0653

(7) Defendant's Counsel is: Retained_____ Appointed XXX Pro Se_____

(8) The Trial was before the Court:
  Without A Jury ___
  A Jury on Guilt Only_____
  A Jury on Punishment Only____
  A Jury On Both Guilt and Punishment _XXX

(9) Motion For New Trial filed: Yes XX_ No____  If yes, date filed: May 20, 2015

**NOTE: IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL,**
**PLEASE GIVE WRITTEN NOTICE TO THIS COURT IMMEDIATELY.**

(10) Defendant Incarcerated: Yes XXX_No____
  If no, defendant free on appeal bond of $_____ posted on the _____ day of

_____, _____.

(11) Defendant has XX has not _____been declared indigent.

(12) Court Reporter Donna Gehl
  Address: 100 WEST MULBERRY, KAUFMAN, TEXAS 75142
    Date Filed **May 20 , 2015** .

_____
**RHONDA HUGHEY**
**DISTRICT CLERK**
**KAUFMAN COUNTY, TEXAS**

## NO. 15-00125-422-F

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 422ND JUDICIAL DISTRICT |
| | § | |
| WILLIAM SIMONS | § | KAUFMAN COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes William Simons, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against William Simons.

Respectfully submitted,

Law Office of Taryn Davis, PLLC
109 N. Jackson St.
Kaufman, TX 75142
Tel: (972) 962-0653
Fax: (972) 962-0656

By:_____
Taryn Davis
State Bar No. 00792449
tdavispllc@yahoo.com
Attorney for William Simons

## CERTIFICATE OF SERVICE

This is to certify that on May 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kaufman County, Kaufman County Courthouse, by hand delivery.

_____
Taryn Davis

NO. 15-00125-422-F

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 422nd JUDICIAL DISTRICT |
| | § | |
| WILLIAM SIMONS | § | KAUFMAN COUNTY, TEXAS |

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William Simons, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1. The Defendant was sentenced on May 20, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence or this motion is overruled by operation of law.

2. The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3. The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

. . . The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced,

careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4.      For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

Law Office of Taryn Davis, PLLC
109 N. Jackson St.
Kaufman, TX 75142
Telephone: (972) 962-0653
Fax: (972) 962-0656

By:_____
Taryn Davis
State Bar No. 00792449
tdavispllc@yahoo.com
Attorney for William Simons

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 422nd Judicial District Court of Kaufman County, on this day, May 20, 2015.

## CERTIFICATE OF SERVICE

This is to certify that on May 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kaufman County, Kaufman County Courthouse, by hand delivery.

_____
Taryn Davis

Cause No. 15-00125-422-F

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 422ND DISTRICT COURT |
| VS. | § | IN AND FOR |
| WILLIAM SIMONS | § | KAUFMAN COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ Is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ Is a plea-bargain case, but matters were raised by written motion filed and ruled on before the trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ Is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ Is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ The defendant has waived the right of appeal.

_____
Judge

_____
Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel
State Bar No.: 09119510
Mailing Address:

Telephone #: 9/533·1603
Fax # (if any)

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ----a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).